*Or Send*

FILED
CLERK, U.S. DISTRICT COURT

MAY - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 10-1049 M |
| Plaintiff, | ) | ORDER OF DETENTION |
| | ) | |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); |
| Joaquin Diaz | ) | 18 U.S.C. § 3143(a)] |
| | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _S.D. Cal._ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no evid. submitted by ∆; no bail - warrant; no apparent_

1  resources for bail

2

3

4  and/or

5  B.  ( ✓ )  The defendant has not met his/her burden of establishing by

6  clear and convincing evidence that he/she is not likely to pose

7  a danger to the safety of any other person or the community if

8  released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9  on:  no evid. submitted by △

10

11

12

13

14  IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:   5/4/10

18

19

20  UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27